CHRISTOPHER H. DELLERT, WSB #42453
Dellert Baird Law Offices, PLLC
2805 Bridgeport Way W, #23
University Place, WA  98466
Telephone:  (360) 329-6968
FAX:  (360) 824-9371
Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GAIL WATERBURY,<br><br>     Plaintiff,<br><br>     v.<br><br>Commissioner of the Social Security Administration,<br><br>     Defendant. | Civil No.<br><br><br>COMPLAINT |

Plaintiff, by and through her attorney, Christopher H. Dellert, claims relief against the Defendant and alleges as follows.

I.    This Court Has Jurisdiction Over the Parties.

A. Plaintiff is a citizen of the United States and resides in Kenai, Alaska.

B. Defendant is the Commissioner of the Social Security Administration acting in the exercise of her duties as such.

C. This action is premised on the denial of due process in dismissing Plaintiff's request for a hearing despite her showing of good cause for the failure to submit the request in a timely manner.

Page 1    COMPLAINT

D.  This action is filed within 65-days of the Appeals Council's notice declining review of the ALJ's dismissal of Plaintiff's claims.

II.   Background

A.  Plaintiff was not represented at any stage in the proceedings before the Commissioner.

B.  Plaintiff filed applications for benefits under Title II and Title XVI of the Social Security Act.

C.  These applications were denied on September 14, 2017.

D.  Plaintiff requested a hearing before an administrative law judge on January 12, 2018.

E.  Plaintiff submitted a statement explaining why she had not filed this request earlier. *See* Exhibit A, p. 1-4.

F.  Administrative Lacelia LaCara dismissed Plaintiff's request for a hearing as untimely without good cause. *See* Exhibit A, p. 5-6.

G.  Plaintiff requested review of this decision, again explaining why her request for a hearing had been late. *See* Exhibit A, 8-9.

H.  The Appeals Council denied Plaintiff's Request for Review on June 29, 2018.

III.   This Court Has Subject Matter Jurisdiction.

Defendant violated Plaintiff's procedural due process right to a meaningful opportunity to be heard by failing to follow the mandates of 20 C.F.R. § 416.1411 and 20 C.F.R. § 416.1433 before dismissing her request for a hearing. *See Udd v. Massanari*, 245 F.3d 1096, 1099 (9th Cir. 2001) (*quoting Evans v. Chater*, 110 F.3d 1480, 1483 (9th Cir.1997)) ("We have held that 'the Sanders exception applies to any colorable constitutional claim of due process violation that implicates a due process right either to a meaningful opportunity to be heard or to seek reconsideration of an adverse benefits determination.'").

Page 2      COMPLAINT

1.      Plaintiff suffers from mental impairments and did not have a representative assisting her in pursuing her claims.

2.      Plaintiff did not file her request for a timely hearing as a direct result of her physical and mental impairments.  *See* Exhibit A, p. 1-4, 8-9.

3.      Plaintiff submitted an explanation of these circumstances when she submitted her Request for a Hearing.  *See* Exhibit A, p. 8-9.

4.      The ALJ dismissed Plaintiff's request for a hearing despite Plaintiff's explanation in accordance with 20 C.F.R. § 416.1411(a)(4).

5. Plaintiff is submitting a Declaration in Support of her Complaint in conjunction with this filing.  This Declaration explains that Plaintiff was living in a transitional living facility during the relevant time period and was in the process of changing addresses.  Plaintiff's ability to submit the Request for a Hearing was further impacted by the symptoms related to her physical and mental impairments and the side effects of her medications.  *See* Declaration of Gail Waterbury.

IV.    Relief Requested

Plaintiff requests the following relief:

A.      That the ALJ's dismissal of her claims for benefits be reviewed, reversed, and set aside;

B.      That her claims be remanded to the Social Security Administration for further proceedings;

C.      That she be awarded reasonable attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412; and

E.      Any other relief the court deems just and proper.

1

    Respectfully submitted this 14th day of August, 2018.

2

                              S/ Christopher H. Dellert

3

                              CHRISTOPHER H. DELLERT       WSB #42453
Attorney for Plaintiff

4

                              Dellert Baird Law Offices, PLLC
2805 Bridgeport Way W, #23

5

                              University Place, WA  98466
Telephone:  (360) 329-6968

6

                              FAX:  (360) 824-9371
Email: dellert.law.office@gmail.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Page 4     COMPLAINT